# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Matthew Wiggins**   :   CHAPTER 13
   **Debtors**   :   BANKRUPTCY NO. 17-14221

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

      /s/ Gary E. Thompson
      GARY E. THOMPSON
      ATTORNEY FOR DEBTOR(S)

Date: 8/7/17

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix