## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Matthew Wiggins**     : CHAPTER 13
    **Debtors**     : BANKRUPTCY NO. 17-14221

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** this _____ day of _____, 20__, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

    Counsel Fee:          $3000.00
    Total paid by Debtor(s):    $1700.00
    $1300.00 to be paid in Plan
    Filing Fee paid by Debtor(s)

The amount paid is for counsel's handling of Debtor(s) above-captioned Chapter 13 case.

In the event debtor(s) case is dismissed prior to Confirmation, the Chapter 13 Trustee is authorized to distribute to said Applicant as an Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed compensation set forth above less $1,700.00 which was paid by Debtor(s).

Date:_____             _____
                                                                         J.