# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 17-14221-MDC

MATTHEW B WIGGINS

106 N. WAYNE STREET

WEST CHESTER, PA 19380

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MATTHEW B WIGGINS

    106 N. WAYNE STREET

    WEST CHESTER, PA 19380

**Counsel for debtor(s), by electronic notice only.**
    GARY E THOMPSON
    150 E SWEDESFORD RD
    1ST FLOOR
    WAYNE, PA 19087

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                       /s/ William C. Miller

Date: 8/16/2017

                                                    _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee