UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

MATTHEW B. WIGGINS,

        Debtor.                        Bankruptcy No. 17-14221-MDC

\*   \*   \*   \*   \*   \*   \*

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES
OF ALL ORDERS, NOTICES, AND PLEADINGS
UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

TD Bank, N.A. , a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (1) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

DATED:     August 17, 2017
                  Latham, New York

                                              /s/ Martin A Mooney
                                          Martin A Mooney, Esq. Attorney ID #315063
                                          SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
                                          Attorneys for TD Bank, N.A.
                                          Office and P.O. Address
                                          950 New Loudon Road
                                          Suite 109
                                          Latham, New York 12110
                                          Phone: (518) 786-9069
                                          E-Mail: MMooney@schillerknapp.com

TO:    Gary E. Thompson, Esq.
          150 East Swedesford Road
          1st Floor
          Wayne, PA  19087

          William C. Miller, Esq. (Trustee)
          1234 Market Street
          Suite 1813
          Philadelphia, PA  19107

          United States Trustee (Eastern District of Pennsylvania) (US Trustee)
          Office of the U.S. Trustee
          833 Chestnut Street, Suite 500
          Philadelphia, PA  19107

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        MATTHEW B. WIGGINS,

                Debtor.

Chapter 13

Bankruptcy No. 17-14221-MDC

\* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I, Martin A. Mooney, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Appearance with Request for Copies of All Orders, Notices, and Pleadings Under Bankruptcy Rules 2002(g) and 9010(b) on August 17, 2017 and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

**E-Mail Service:** via CM/ECF e-mail notification to the following:

| | |
|---|---|
| William C. Miller, Esq.<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA  19107<br>mrohrback@ph13trustee.com | United States Trustee<br>Eastern District of Pennsylvania<br>Office of the U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19107 |
| | Gary E. Thompson, Esq.<br>Attorney for Debtor<br>150 East Swedesford Road , 1st Floor<br>Wayne, PA  19087<br>get24esq@aol.com |

                                        \_\_\_/s/ Martin A Mooney_____
                                        Martin A. Mooney

17-08871