**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MATTHEW WIGGINS | : | CHAPTER 13 |
| Debtors | : | BANKRUPTCY NO. 17-14221 |

**CERTIFICATE OF NO RESPONSE AND**
**CERTIFICATION OF UNCONTESTED APPLICATION FOR**
<u>**COUNSEL FEES**</u>

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and certify the following:

1. On August 7, 2017, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtors, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

   WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order.

<u>/s/ Gary E. Thompson</u>
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: September 7, 2017