# U.S. BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew Wiggins          CHAPTER 13 NO. 17-14221

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum or:

   **$424 PER MONTH FOR SIXTY (60) MONTHS**

2. From the payments so received, the Trustee shall make disbursements as follows:

   a. Full payment and deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.

   **$1,300.00 TO GARY E. THOMPSON**

   **$389.30 TO COMMONWEALTH OF PA (CLAIM #1)**

   **$127.23 TO COMMONWEALTH OF PA (CLAIM #2)**

   b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   **$15,930.89 TO M&T BANK**

3. Subsequent to payments to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   **PRO - RATA**  to unsecured creditors

                                       Respectfully submitted,

                                       _/S/_____
                                       Gary E. Thompson, Esquire

NOVEMBER 14, 2017