

June 5, 2018

U.S. Bankruptcy Court
Eastern District of Pennsylvania (Philadelphia)

Re: Matthew B. Wiggins - Bankruptcy Case 18-14221
Notice to Withdraw Proof of Claim


Please withdraw proof of claim number two (2) as it is filed in error. Claim 1 represents the Department's current interest in the case.

Thank you


/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
www.revenue.state.pa.us