UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW WIGGINS : CHAPTER 13
            Debtor :
                                    BANKRUPTCY NO. 17-14221

ORDER

AND NOW, this _14th_ day of _March_, 2019, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on January 29, 2019 is hereby VACATED.

_Magdeline D. C_____
                                                                J.

Date: _3/14/19_