# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Matthew B. Wiggins** :
: BANKRUPTCY NO. **17-14221 MDC**
          Debtor (s)

## P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 5/9/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                        Respectfully submitted,

Date: March 26, 2019           /s/Jacqueline M. Chandler, Esquire for
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee
                                        P.O. Box 1299
                                        Philadelphia, PA  19105

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Matthew B. Wiggins | : |
| Debtor(s) | : BANKRUPTCY NO.  17-14221 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Matthew B. Wiggins
106 N. Wayne Street
West Chester, PA 19380

GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date: March 26, 2019

/s/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee