United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14221-mdc
Matthew B. Wiggins                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2              Date Rcvd: Mar 27, 2019
                        Form ID: 152                 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db             +Matthew B. Wiggins,    106 N. Wayne Street,    West Chester, PA 19380-2803
13936444      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America Credit,    POB 15019,    Wilmington, DE 19886)
13936445       +Barclays Bank Of DE,    700 Prides Crossing,    Newark, DE 19713-6102
13936446       +Cabelas WFB,    4800 NW 1st Street, Ste 300,    Lincvoln, NE 68521-4463
13936447       +Chase Cardmember,    POB 15153,    Wilminton, DE 19886-5153
13936448        Citadel Fcu,    2 Inn Road,    Thorndale, PA 19372
13936449       +Citibank.,    POB 6500,    Sioux Falls, SD 57117-6500
13936450       +Citizens Bank Credit Card,    1 Citizens Plaza,    Providence, RI 02903-1339
13936454       +HSBC Bank,    POB 5456,    Mt Laurel, NJ 08054-5456
13969987       +Martin A Mooney, Esq. Attorney ID #315063,    SCHILLER, KNAPP, LEFKOWITZ &,   HERTZEL, LLP,
                Attorneys for TD Bank, N.A.,    950 New Loudon Road Suite 109,    Latham, New York 12110-2190
13960953       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for M&T Bank,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13969906       +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz & Hertzel L,    950 New Loudon Road, Suite 109,
                Latham, NY 12110-2190
13936457       +Target,    POB 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:01     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13986281       +E-mail/Text: bankruptcy@cavps.com Mar 28 2019 02:47:54     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14003440       +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 28 2019 02:48:12
                Citadel Federal Credit Union,    520 Eagleview Blvd.,    Exton, PA 19341-1119
13936451       +E-mail/Text: documentfiling@lciinc.com Mar 28 2019 02:47:23     Comcast,    POB 3006,
                Southeastern, PA 19398-3006
13936452       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 03:02:34     GE Capital,
                C/O Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502-4952
13936453       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2019 02:47:47     GE Money Bank,
                C/O Midland Funding,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13936455       +E-mail/Text: BKRMailOPS@weltman.com Mar 28 2019 02:47:29     Kay Jewelers,    POB 740425,
                Cincinnati, OH 45274-0425
13976738        E-mail/Text: camanagement@mtb.com Mar 28 2019 02:47:29     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
13936456        E-mail/Text: camanagement@mtb.com Mar 28 2019 02:47:29     M&T Bank,    POB 1288,
                Buffalo, NY 14240
13995755        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 03:03:15
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13936497       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 02:49:33
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13956110        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:37
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA  17128-0946
13936458        E-mail/Text: bankruptcy@td.com Mar 28 2019 02:47:49     TD Bank NA,    POB 746,
                Keene, NH 03431
13974176        E-mail/Text: bankruptcy@td.com Mar 28 2019 02:47:49     TD Bank, N.A.,
                c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
13970663        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:34     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13956192*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA  17128-0946
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2                  Date Rcvd: Mar 27, 2019
                              Form ID: 152              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              GARY E. THOMPSON    on behalf of Debtor Matthew B. Wiggins get24esq@aol.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Matthew B. Wiggins
    Debtor(s)

Case No: 17−14221−mdc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 5/9/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

74
Form 152