UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew Wiggins                                    CHAPTER 13
        Debtor

                                                    BANKRUPTCY NO. 17-14221

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the Amended Chapter 13 Plan on or about June 6, 2019 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee William Miller
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                                                         /S/
                                                    GARY E. THOMPSON, ESQUIRE
                                                    Attorney for Debtor.

8/1/19