```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                           Case No. 17-14221-mdc
Matthew B. Wiggins                                               Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: dlv                 Page 1 of 1                  Date Rcvd: Aug 13, 2019
                               Form ID: pdf900           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
```
db             +Matthew B. Wiggins,    106 N. Wayne Street,    West Chester, PA 19380-2803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: bncnotice@ph13trustee.com Aug 14 2019 03:15:38      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pennsylvania Department of Revenue
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
```
              GARY E. THOMPSON    on behalf of Debtor Matthew B. Wiggins get24esq@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Matthew Wiggins** : CHAPTER 13
**Debtors** : BANKRUPTCY NO. 17-14221

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this 13th day of August, 20 19, upon consideration of the foregoing Application and upon Notice, Opportunity for hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel Fee:            $3000.00
Total paid by Debtor(s):   $1700.00
$1300.00 to be paid in Plan
Filing Fee paid by Debtor(s)

The amount paid is for counsel's handling of Debtor(s) above-captioned Chapter 13 case.

In the event debtor(s) case is dismissed prior to Confirmation, the Chapter 13 Trustee is authorized to distribute to said Applicant as an Administrative Expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. 503(b) and 11 U.S.C. Section 330 (a)(4)(B), the allowed compensation set forth above less $1,700.00 which was paid by Debtor(s).

Date:_____

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE