United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-14221-mdc

Matthew B. Wiggins     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 03, 2022     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew B. Wiggins, 106 N. Wayne Street, West Chester, PA 19380-2803 |
| 13936448 | | Citadel Fcu, 2 Inn Road, Thorndale, PA 19372 |
| 13936450 | + | Citizens Bank Credit Card, 1 Citizens Plaza, Providence, RI 02903-1339 |
| 13936454 | + | HSBC Bank, POB 5456, Mt Laurel, NJ 08054-5456 |
| 13969987 | + | Martin A Mooney, Esq. Attorney ID #315063, SCHILLER, KNAPP, LEFKOWITZ &, HERTZEL, LLP, Attorneys for TD Bank, N.A., 950 New Loudon Road Suite 109 Latham, New York 12110-2190 |
| 13960953 | + | Matteo S. Weiner, Esquire, KML Law Group, P.C., Atty for M&T Bank, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13969906 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 03 2022 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 03 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13936444 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2022 23:54:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 13936445 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 03 2022 23:54:00 | Barclays Bank Of DE, 700 Prides Crossing, Newark, DE 19713-6109 |
| 13936446 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 04 2022 00:00:13 | Cabelas WFB, 4800 NW 1st Street, Ste 300, Lincvoln, NE 68521-4463 |
| 13986281 | + | Email/Text: bankruptcy@cavps.com | May 03 2022 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14003440 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 03 2022 23:54:00 | Citadel Federal Credit Union, 520 Eagleview Blvd., Exton, PA 19341-1119 |
| 13936449 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 04 2022 00:00:09 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 13936451 | + | Email/Text: documentfiling@lciinc.com | May 03 2022 23:54:00 | Comcast, POB 3006, Southeastern, PA 19398-3006 |
| 13936452 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 00:00:09 | GE Capital, C/O Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13936453 | + | Email/Text: bankruptcydpt@mcmcg.com | May 03 2022 23:54:00 | GE Money Bank, C/O Midland Funding, 8875 Aero Drive, Ste 200, San Diego, CA 92123-2255 |
| 13936447 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 04 2022 00:00:08 | Chase Cardmember, POB 15153, Wilminton, DE 19886 |
| 13936455 | + | Email/Text: BKRMailOPS@weltman.com | May 03 2022 23:54:00 | Kay Jewelers, POB 740425, Cincinnati, OH 45274-0425 |
| 13976738 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | May 03 2022 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13936456 | | Email/Text: camanagement@mtb.com | May 03 2022 23:54:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 13995755 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 04 2022 00:00:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13936497 | + | Email/PDF: rmscedi@recoverycorp.com | May 04 2022 00:00:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13956110 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 13936458 | | Email/Text: bankruptcy@td.com | May 03 2022 23:54:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 13974176 | | Email/Text: bankruptcy@td.com | May 03 2022 23:54:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 70 Gray Road, Falmouth, ME 04105 |
| 13936457 | + | Email/Text: bncmail@w-legal.com | May 03 2022 23:54:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 13970663 | | Email/PDF: ebn_ais@aisinfo.com | May 04 2022 00:00:08 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13956192 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Matthew B. Wiggins get24esq@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 03, 2022 | Form ID: 138OBJ | Total Noticed: 29 |

MARTIN A. MOONEY
    on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MATTEO SAMUEL WEINER
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Matthew B. Wiggins
        Debtor(s)

Case No: 17−14221−mdc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/3/22

99 − 94
Form 138OBJ